UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 23, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | Case No. MAG. 11-0175-EFB |
| Plaintiff,   ) | |
| v.   ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| THOMAS MARRS,   ) | |
| ) | |
| Defendant.   ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS MARRS, Case No. MAG. 11-0175-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The unsecured bond paperwork to be filed by 06/30/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  06-23-11  at  3:00pm

By  _____
Edmund F. Brennan
United States Magistrate Judge